# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 17, 2025

_____

DOCKET CORRECTION NOTICE

_____

No. 24-4617,    US v. Brandon Grimble
                5:24-cr-00112-FL-1

TO:    Brandon Scott Grimble

MOTION DUE:  March 20, 2025

Please file the motion identified below by the due date indicated using the **MOTION** entry.

_____

[ x ] **MOTION / extend filing time** for Opening Brief and Joint Appendix

Ganna M. Aboutabl, Deputy Clerk
804-916-2702